DMP:AAS
F. #2023R00425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SU ZUQI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 24-CR-151(NM)
(T. 18, U.S.C., §§ 1512(c)(2) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## ATTEMPTED OBSTRUCTION OF JUSTICE

In or about and between June 2023 and July 2023, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SU ZUQI did knowingly and intentionally attempt to corruptly obstruct, influence and impede an official proceeding, to wit: a Federal Grand Jury investigation in the Eastern District of New York.

(Title 18, United States Code, Sections 1512(c)(2) and 3551 et seq.)

*By Carolyn Pokorny, Assistant U.S. Attorney*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00425  
FORM DBD-34  
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

SU ZUQI,

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 1512(c)(2) and 3551 et seq.)

*A true bill.*

_____

*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____

*Clerk*

**Bail, $** _____

_____

*Alexander A. Solomon, Assistant U.S. Attorney 718-254-6074*