# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Joseph Marutollo        DATE: 1/12/2024

DOCKET NUMBER: 24 CR 15 (NM)        LOG #: 11:53 — 12:11

DEFENDANT'S NAME: Su Zuqi
✓ Present  ___ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL: Michael Weil for Deirdre Von Dornum
✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A Gab Park for Alex Solomon        CLERK: SM Yuen

Probation: ____        (Language) Mandarin

✓ Defendant arraigned on the: ✓ ~~indictment~~ — Information —  ___ superseding indictment  ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ Rule 5f Order read into the record. ✓

___ Detention / Bail Hearing held.   ___ Defendant's first appearance.

✓ Bond set at ROR        Defendant ___ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start 1/12/24  Stop 2/20/24

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Waiver of indictment filed. Deft informed of his rights by the Court. Information filed. Deft enters NOT GUILTY to the Information. Rule 5f Order read into the record.